UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael WARD, Defendant–Appellant.

No. 05–16988
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 11, 2006.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Kathleen M. Williams, Richard C. Klugh, Jr., Michael T. Caruso, Federal Public Defender, Miami, FL, for Defendant–Appellant.

Before BLACK, BARKETT and HILL, Circuit Judges.

district court erred in denying the Objectors' motion to decertify the class, nor whether it

PER CURIAM:

Richard C. Klugh, Jr., appointed counsel for Michael Ward in this appeal from Ward's revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ward's revocation and sentence are **AFFIRMED**.